IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMARIS RAMOS, et al.,

    Plaintiffs,

v.          3:16-CV-924
         (JUDGE MARIANI)

THE UNITED STATES OF
AMERICA, et al.,

    Defendants.

## ORDER

AND NOW, THIS 29th DAY OF JUNE, 2017, upon consideration of the Motion to Dismiss filed by Defendants Geisinger Medical Center, Geisinger Clinic, and Michael Ryan, D.O., (Doc. 27), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

/s/ Robert D. Mariani
United States District Court Judge