## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMARIS RAMOS, et al.,                           :
                                                :
        Plaintiffs,       :
                                                :
v.                                              :  **3:16-CV-924**
                                                :  **(JUDGE MARIANI)**
THE UNITED STATES OF                            :
AMERICA, et al.,                                :
                                                :
        Defendants.       :

## ORDER

**AND NOW, THIS _28th_ DAY OF JUNE, 2017**, upon consideration of the Motion

to Dismiss filed by Scranton Quincy Hospital Company, LLC, and Moses Taylor Hospital,

(Doc. 17), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Court Judge