IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMARIS RAMOS, et al.,

   Plaintiffs,

v.     3:16-CV-924
    (JUDGE MARIANI)

THE UNITED STATES OF
AMERICA, et al.,

   Defendants.

**ORDER**

**AND NOW, THIS 29th DAY OF JUNE, 2017**, upon consideration of the Motion to Dismiss filed by Anthony Sauter, M.D., (Doc. 18), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

/s/ Robert D. Mariani
United States District Court Judge